# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### CIVIL RIGHTS COMPLAINT

Paul Bryon Brewer

_____,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

Federal Government,
Federal Prosecutor Jon Delano
PC. Compana family Tree.
President Joseph Robinette Biden
PC Compana

Case No. _____
(To be supplied by the court)

Defendant(s).
(Full name(s) and capacity, *e.g.*, official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

## A. PARTIES

1. Paul Bryon Brewer is a citizen of Pennsylvania who
   (Plaintiff)                                    (State)
   presently resides at 533 S Grand River ave Lansing MICHIGAN
   (mailing address)

2. Defendant Jon Delano is a citizen of Pennsylvania
   (name of first defendant)                (State)
   whose address is 601 Market st, Philadelphia, PA 19106
   and who is employed as a Federal Prosecutor.
   (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____ Yes __X__ No. If your answer is "Yes," briefly explain:

_____

_____

3. Defendant _Joe Biden_ is a citizen of _Washington DC_
   (name of second defendant)                    (State)

whose address is _1600 Pennsylvania ave NW, Washington DC_

and who is employed as _President of the United states_.
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____ Yes __X__ No. If your answer is "Yes," briefly explain:

_____

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   _____    42 U.S.C. § 1983 (applies to state defendants)

   _____    **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Federal Prosecutor Jon Delano and PC Compana and President Joe Biden ~~Committed~~ Committed Fraud ~~agast~~ ~~against~~ Against the Federal Government and Myself.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** all of the Bill of rights

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

My name is Paul Bryan Brewer. I went in September of 2023 around the 20th to Claim a federal Reserve land trust. The PC Compana family was Granted permission By Federal Prosecutor Jon Delano to go into the federal reserve Bank and stop me from getting what was mine. all Done By the REQUEST of President Joe Biden, and PC Compana.

10-13-23 Sign Paul Bryan Brewer. There going into all the federal Building in the United states for a Communist takeover.

**Claim II**: _____

_____
_____

Supporting Facts:

**Claim III**: _____

_____
_____

Supporting Facts:

## E. REQUEST FOR RELIEF

I request the following relief:

*all of the United States treasury and all of the federal treasury.*

## F. JURY DEMAND

Do you wish to have a jury trial?   Yes  _X_      No  _____

_Paul Bryon Brewer_
Original signature of attorney (if any)     **Plaintiff's Original Signature**

_PAUL BRYON BREWER_
Printed Name _____   Printed Name

_____

( )                                              ( )
Attorney's full address and telephone    Plaintiff's full address and telephone

_____
Email address if available                  Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
             (location)                               (date)

_Paul Bryon Brewer_
**Plaintiff's Original Signature**

(Rev. 3/21/16)

5